IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| Marshall Tucker, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Halcon Resources Corporation, | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| v. | ) | Case No. 1:18-cv-159 |
| Burning Feathers Oilfield Services, LLC, | ) | |
| Third-Party Defendant. | ) | |

The court held a status conference with the parties in the above-entitled action by telephone on September 23, 2019. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The jury trial scheduled for March 9, 2020, shall be rescheduled for October 26, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland. An eight (8) day trial is anticipated.

2. The final pretrial conference set for February 25, 2020, shall be rescheduled for October 19, 2020, at 10:00 a.m. before the magistrate judge. To participate in the conference, counsel shall call the following number and enter the following access code:

    Tel. No.: (877) 810-9415
    Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court