# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Marshall Tucker, | ) | |
|       Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| Halcon Resources Corporation, | ) ) | |
|       Defendant and Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:18-cv-159 |
| Burning Feathers Oilfield Services, LLC, | ) ) | |
|       Third-Party Defendant. | ) ) | |

On October 24, 2019, the parties filed a stipulation to amend the pretrial deadlines. The court **ADOPTS** the parties' stipulation (Doc. No. 31) and **ORDERS**:

1. The parties shall have until March 31, 2020 to complete fact discovery.

2. The parties shall provide the names of expert witness and complete reports under Rule 26(a)(2) as follows:

    A. Plaintiffs: On or before April 1, 2020

    B. Defendants: On or before May 15, 2020

3. The parties shall have until July 1, 2020 to complete discovery depositions of expert witnesses, unless the parties otherwise agree.

4. The parties shall have until January 15, 2020 to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be March 2, 2020.

1

5. The parties shall have until March 2, 2020 to file other non-dispositive motions (e.g., consolidation, bifurcation).

7. The parties shall have until July 15, 2020 to file other dispositive motions (summary judgment as to all or part of the case).

The court further **ORDERS** that the jury trial set for October 26, 2020, shall be rescheduled for January 25, 2021, at 9:00 a.m. in Bismarck before Chief Judge Hovland. An eight (8) day trial is anticipate. Finally the court **ORDERS** that the final pretrial conference set for October 19, 2020, shall be rescheduled for January 13, 2021, at 9:00 a.m. CST by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 29th day of October, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court