# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Marshall Tucker, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Halcon Resources Corporation, ) <br> ) <br> Defendant and Third-Party ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Burning Feathers Oilfield Services, ) <br> ) <br> Third-Party Defendants. ) | **ORDER RE ADMISSION PRO HAC VICE** <br><br><br><br> Case No. 1:18-cv-159 |

Before the court is a motion filed by Defendant and Third-Party Plaintiff Halcon Resources Corporation for John V. McCoy to appear *pro hac vice* on its behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney John V. McCoy has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the plaintiff's motion (Docket No. 33) is **GRANTED**. Attorney John v. McCoy is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 12th day of November, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court