# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Marshall Tucker,<br><br>    Plaintiff,<br><br>v.<br><br>Halcon Resources Corporation,<br><br>    Defendant and Third-Party Plaintiff,<br><br>v.<br><br>Burning Feathers Oilfield Services, LLC,<br><br>    Third-Party Defendant. | **ORDER**<br><br><br><br>Case No. 1:18-cv-159 |

On January 29, 2019, the parties filed a stipulation to amend the pretrial deadlines. The court **ADOPTS** the parties' stipulation (Doc. No. 35) and **ORDERS**:

1. The parties shall have until June 30, 2020, to complete fact discovery.

2. The parties shall provide the names of expert witness and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs: On or before July 1, 2020

    b. Defendants: On or before August 14, 2020

3. The parties shall have until October 1, 2020, to complete discovery depositions of expert witnesses, unless the parties otherwise agree.

4. The parties shall have until January 15, 2020, to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be March 2, 2020.

5. The parties shall have until June 2, 2020, to file other non-dispositive motions (e.g., consolidation, bifurcation).

7. The parties shall have until October 15, 2020, to file other dispositive motions (summary judgment as to all or part of the case).

The court further **ORDERS** that the jury trial set for January 25, 2021, shall be rescheduled for April 26, 2021, at 9:00 a.m. in Bismarck before Judge Hovland. A seven (7) day trial is anticipated. Finally, the court **ORDERS** that the final pretrial conference set for January 13, 2021, shall be rescheduled for April 14, 2021, at 9:00 a.m. by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Dated this 30th day of January, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court